IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN 21 PM 2: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              Cr. No. 04-20314-D

NANCY WILLIS,

        Defendant.

## ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND SETTING TRIAL TO A DATE CERTAIN

It appearing to this Court that upon the written motion of the defendant, there being no objection from the AUSA and Counsel for the Co-Defendant, and for good cause shown, said motion is well-taken, and the Court hereby **GRANTS** defendant's motion continue trial date and hereby sets said trial to _August 8, 2005 at 9:00 AM_.
(Second week of August criminal rotation calendar)

It is so **ORDERED**, this the __17__ day of ~~July~~ June 2005.

_____
HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-21-05_

(83)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:04-CR-20314 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT