IN THE UNITED STATES DISTRICT COURT  FILED BY _____ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE  05 AUG 11  AM 11: 28
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA

      Plaintiff

VS.

                                        CR. NO. 04-20314-D

NANCY WILLIS,
VICKIE HERRON

      Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

---

      Counsel for the defendants came before the court on August 2, 2005, and requested a continuance of the August 8, 2005 trial date in order to allow for additional preparation in the case.

      The Court granted the request and reset a **firm trial date of Monday, September 19, 2005, at 9:00 a.m.**  A Daubert hearing was set for Tuesday, August 30, 2005, at 3:30 p.m., in <u>Courtroom 3, 9th Floor</u> of the Federal Building, Memphis, TN.

      The period from August 12, 2005 through October 14, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

      IT IS SO ORDERED this _9th_ day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-12-05_

91

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:04-CR-20314 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT