IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 10-17-05
TIME: @ 11:45 a.m.
INITIALS: RP

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| vs. | Cr. No. 04-20314-D |
| NANCY WILLIS, Defendant. | |

APPLICATION, ORDER, AND WRIT FOR HABEAS CORPUS AD TESTIFICANDUM

Mary C. Jermann, Assistant Federal Defender applies to the Court for a Writ to have Lavita Harvey, now being detained at the West Tennessee Detention Center appear before the Honorable Bernice B. Donald on Tuesday, October 18, 2005 at 9:00 a.m. for trial purposes and for such other appearances as this Court may direct.

Respectfully submitted this 17 day of October, 2005.

MARY CAY JERMANN
Assistant Federal Defender

*****************************************************************************

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN,

YOU ARE HEREBY COMMANDED to have Lavita Harvey appear before the Honorable Bernice B. Donald at the date and time aforementioned.

ENTERED, this 17th day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:04-CR-20314 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT