IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No.  04-20314-D |
| | ) | |
| NANCY WILLIS a/k/a | ) | |
| NANCY HOUSE, | ) | |
| and VICKIE HERRON, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR SEVERANCE OF COUNTS 13 AND 14**

The United States moves the Court for the severance of counts 13 and 14 of the second superseding indictment. The victim eyewitness whose testimony would prove count 13 and 14 is seriously ill and cannot appear for the October 17, 2005 trial. The United States requests that trial proceed on the remaining counts of the indictment and that counts 13 and 14 be disposed of at a later date. (The United States will likely dismiss counts 13 and 14 at a future date).

The United States also requests that counts 13 and 14 be redacted from the copy of the indictment that will be presented to the trial jury in this case.

MOTION GRANTED
DATE: 10-17-2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-18-05

101

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#11392 Tennessee)

## CERTIFICATE OF SERVICE

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been mailed, first class postage prepaid, to Mary Cay Jermann, Asst. Federal Defender, 200 Jefferson Avenue, Suite 200, Memphis, TN 38103 and Stephen Sauer, Attorney at Law, 8 South Third Street, 4th Floor, Memphis, TN 38103.

This 14th day of October, 2005.

_____
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 101 in case 2:04-CR-20314 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT